Argued December 16, 1976, affirmed, costs to respondent
January 31, 1977

In the Matter of the Dissolution of the Marriage of
DURIG, *Respondent,*
*and*
DURIG, *Appellant.*
(No. 419-616, CA 6506)

559 P2d 532

John Chally, Portland, argued the cause and filed the brief for appellant.

Victor C. Hefferin, Portland, argued the cause for respondent. With him on the brief were Rask & Hefferin, Portland.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

## PER CURIAM.

■ The husband appeals from the decree of dissolution, challenging both the award of $25 per month support to the wife and the property division. Since the division of property awards the husband at least as much, if not more, than the written proposal submitted by him to the court following the receipt of all the evidence, it is difficult to understand the basis for his present objections.

From our examination of the lengthy record we conclude that the long experienced trial judge did indeed make a just and equitable division of the property.

■ Likewise, we agree that an award of $25 a month permanent support to his wife of 26 years, who has the custody of the minor child and earns a take-home pay of $340 a month, is most reasonable indeed.

Affirmed. Costs to respondent.